IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE L. NIEBLA,
  Plaintiff,

vs.              Case No.:  5:05cv211/SPM/EMT

U.S. MAGISTRATE JUDGE
WILLIAM C. SHERRILL, JR.,
  Defendant.
_____/

**REPORT AND RECOMMENDATION**

  This matter is before the court on Plaintiff's Notice of Voluntary Dismissal (Doc. 7).  Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendant has not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

  Accordingly, it is respectfully **RECOMMENDED**:

  1.  That Plaintiff's Notice of Voluntary Dismissal (Doc. 7) be **GRANTED** and this case be **DISMISSED WITHOUT PREJUDICE**.

  2.  That the Clerk be directed to close the file.

  At Pensacola, Florida, this 15th day of November 2005.

            */s/ Elizabeth M. Timothy*
            **ELIZABETH M. TIMOTHY**
            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).