IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE L. NIEBLA,
    Plaintiff,

vs.                                CASE NO.: 5:05cv211-SPM/EMT

U.S. MAGISTRATE JUDGE
WILLIAM C. SHERRILL, JR.,
    Defendant.
_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 8) dated November 15, 2005. Plaintiff has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice.

DONE AND ORDERED this 21st day of December, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge